## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

**AT&T CORP.,**

     **Plaintiff,**

**v.**

**McKENDREE COLLEGE,**

     **Defendant.**                                               **Case No. 06-cv-613-DRH**

## ORDER

**HERNDON, District Judge:**

     Before the Court is Plaintiff AT&T Corporation's Notice of Voluntary Dismissal (Doc. 3), which has been filed before Defendant has filed its Answer and/or a summary judgment motion.  Therefore, pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i),** Court hereby **ACKNOWLEDGES** the voluntary dismissal and therefore, Plaintiff's Complaint (Doc. 2) and all of its claims as stated therein against defendant McKendree College are hereby **DISMISSED WITH PREJUDICE**.

     **IT IS SO ORDERED.**

     Signed this 10th day of August, 2006.

                           /s/          David  RHerndon
                           **United States District Judge**

Dockets.Justia.com